## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | | |
|---|---|---|
| **RACHEL COVINGTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FRESENIUS USA MANUFACTURING** | ) | **CIVIL ACTION NO:** |
| **INC., D/B/A** | ) | **3:20-cv-275-KHJ-LGI** |
| **FRESENIUS MEDICAL CARE NORTH** | ) | |
| **AMERICA; FRESENIUS VASCULAR** | ) | |
| **CARE INC.; AND** | ) | |
| **LAKELAND HOME PROGRAM, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER DISMISSING CASE WITH PREJUDICE

This Cause came before the Court on the Parties' Joint Stipulation of Dismissal requesting dismissal of this action with prejudice, with each party to pay her or its own fees, expenses, and costs.

IT IS HEREBY ORDERED AND ADJUDGED that all of the claims asserted by the Plaintiff Rachel Covington against Defendants Fresenius USA Manufacturing Inc., d/b/a/ Fresenius Medical Care North America, Fresenius Vascular Care, Inc., and Lakeland Home Program, LLC, in the above-referenced action should be, and are hereby, dismissed with prejudice, with each party to bear its respective fees, expenses, and costs.

SO ORDERED, this 23rd day of February, 2021.

*Kristi H. Johnson*
_____
UNITED STATES DISTRICT JUDGE